132 A.3d 972

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Roland A. SPOTTI, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 6, 2015.

Resubmitted Jan. 20, 2016.

Decided Feb. 16, 2016.

Paul David Boas, Esq., Pittsburgh, Law Office of Paul D. Boas, for Roland A. Spotti, Jr.

Amy Elizabeth Constantine, Esq., Michael Wayne Streily, Esq., Allegheny County District Attorney's Office, for Commonwealth of Pennsylvania.

SAYLOR, C.J., EAKIN, BAER, TODD, DONOHUE, DOUGHERTY, WECHT, JJ.

152

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justices EAKIN, DONOHUE and WECHT did not participate in the consideration or decision of this case.